UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAVID A. LITTELTON                          PLAINTIFF

VS.                          CIVIL ACTION NO. 5:07-CV-00143 DPJ-FKB

TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.                          DEFENDANT

JUDGMENT

Consistent with the Orders entered in this cause, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment will be entered in favor of Plaintiff in the amount of **$287,823.22** together with prejudment interest at the rate of 4.18% compounded annually from the date of the incident to the date of judgment, post judgment interest will be calculated at the rate established by 28 U.S.C. § 1961. Plaintiff shall pay sanctions including $15,835.00 in attorney's fees and $3,524.18 in expenses.

       **SO ORDERED AND ADJUDGED** this the 20th day of April, 2010.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE